IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01859-WYD-MJW

NANCY WYCOFF,

Plaintiff(s),

v.

JPMORGAN CHASE & CO, formerly known as BAND ONE CORPORATION), a Delaware Corporation authorized,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Information (docket no. 26) is GRANTED. The written Stipulated Protective Order Concerning Confidential Information is APPROVED and made an Order of Court.

Date: March 30, 2006