IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01859-WYD-MJW

NANCY WYCOFF,

Plaintiff(s),

v.

JPMORGAN CHASE & CO, formerly known as BAND ONE CORPORATION), a Delaware Corporation authorized,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate and Reset Settlement Conference (document 30) is GRANTED.  The settlement conference currently set on May 9, 2006, at 10:00 a.m. is vacated and RESET on July 11, 2006, at 1:30 p.m. in courtroom A-502.  Counsel and parties are reminded that valid photo identification is required to enter the courthouse.  Confidential settlement statements are due by July 6, 2006.

Date:  May 4, 2006