IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01859-WYD-MJW

NANCY WYCOFF,

Plaintiff(s),

v.

JPMORGAN CHASE & CO, formerly known as BAND ONE CORPORATION), a
Delaware Corporation authorized,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion to Modify Scheduling Order,
filed with the Court on May 19, 2006, (DN 34) is GRANTED.

The Scheduling Order is modified as follows:

a.  The discovery deadline is extended up to and including August 20, 2006;

b.  The expert designation deadline is extended up to and including July 19,
2006; and,

c.  The rebuttal expert designation deadline is extended up to and including
August 19, 2006.

Date:  June 9, 2006