IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01859-WYD-MJW

NANCY WYCOFF,

Plaintiff(s),

v.

JPMORGAN CHASE & CO, formerly known as BAND ONE CORPORATION), a
Delaware Corporation authorized,

Defendant(s).
_____

MINUTE ORDER
_____

It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference
Scheduled July 11, 2006, filed with the Court on July 6, 2006, is GRANTED.   The
Settlement Conference set on July 11, 2006, at 1:30 p.m., is VACATED since counsel
intend to attend outside mediation at  "JAMS".

It is FURTHER ORDERED that the parties shall file a written status report with
the Court five (5) business days after the conclusion of their mediation session.

Date:  July 7, 2006_____