IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01859-WYD-MJW

NANCY WYCOFF,

Plaintiff(s),

v.

JPMORGAN CHASE & CO, formerly known as BAND ONE CORPORATION), a Delaware Corporation authorized,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order, DN 46, filed with the Court on July 19, 2006, is GRANTED.  The Scheduling Order is modified as follows:

a.  The deadline to propound written discovery is extended up to and including September 19, 2006;

b.  The discovery deadline is extended up to and including October 19, 2006;

c.  The parties shall have until October 30, 2006 for designation of expert witnesses in this case and until December 1, 2006 for designation of rebuttal expert witnesses;

d.  The dispositive motions cutoff date is extended up to and including November 20, 2006; and,

e.  The Final Pre-trial Conference set on November 20, 2006, at 8:30 a.m., is VACATED and is RESET on January 19, 2007, at 9:30 a.m., and the parties shall prepare and file a Proposed Final Pretrial Order five days prior to the Final Pretrial Conference date.  Further, the parties shall have up to and including August 3, 2006 within which to file a Status Report, indicating the status of settlement efforts.

Date:   July 21, 2006