IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01859-WYD-MJW

NANCY WYCOFF,

    Plaintiff,

v.

JPMORGAN CHASE & CO. (formerly known as BAND ONE CORPORATION), a Delaware Corporation authorized to business in the State of Colorado,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

On August 23, 2006, the parties filed a Stipulation for Dismissal with Prejudice. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

Dated:  August 24, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge